**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually and on Behalf of All Others Similarly Situated, | No. 1:13-cv-03851-RPP |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | |
| Defendants. | |
| CLEMENT BERNARD, Individually and on Behalf of All Others Similarly Situated, | No. 1:13-cv-04123-RPP |
| Plaintiff, | |
| v. | |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | |
| Defendants. | |
| CITY OF BROCKTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | No: 1:13-cv-05437 |
| Plaintiff, | |
| v. | |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | |
| Defendants. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Union Asset Management Holding AG and LRI Invest S.A. (collectively, the "Institutional Investor Group"), will move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order:  (1) consolidating the related actions; (2) appointing the Institutional Investor Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving the Institutional Investor Group's selection of Motley Rice LLC as Lead Counsel on behalf of the proposed Class; and (4) approving Labaton Sucharow LLP as Liaison Counsel on behalf of the proposed Class.  In support of this motion, the Institutional Investor Group submits the accompanying Memorandum of Law and the Declaration of Christopher J. Keller.

DATED:  August 5, 2013               *Respectfully submitted*,

**LABATON SUCHAROW LLP**

*s/ Christopher J. Keller*
Christopher J. Keller
140 Broadway
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)
E-mail: ckeller@labaton.com

*Liaison Counsel for Plaintiff and*
*[Proposed] Liaison Counsel for the Class*

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
David P. Abel
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)

*[Proposed] Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 5, 2013.

*s/ Christopher J. Keller*
Christopher J. Keller

LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)
E-mail: ckeller@labaton.com