**KAHN SWICK & FOTI, LLC**
KIM E. MILLER (KM-6996)
BRUCE W. DONA (BD-3730)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498

-and-

LEWIS S. KAHN
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Movant James Duncan
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOLASKY, and AMMAR AL-JOUNDI,<br><br>                Defendants. | Case: 13-CV-3851-RPP<br><br>HON. JUDGE ROBERT P. PATTERSON |

(caption continued on the following page)

**MOTION OF JAMES DUNCAN TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| CLEMENT BERNARD, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOLASKY, and AMMAR AL-JOUNDI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case: 13-CV-4123-RPP<br><br>HON. JUDGE ROBERT P. PATTERSON |

James Duncan (the "Mr. Duncan" or "Movant") respectfully moves this Court for an order: (1) consolidating all related actions; (2) appointing the Mr. Duncan as Lead Plaintiff in this action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j and 78t), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. §§ 78u-4) and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), and (3) approving his selection of the law firm of Kahn Swick & Foti, LLC ("KSF"), as Lead Counsel for the Class.

Mr. Duncan makes this Motion on the belief that he is the most "adequate plaintiff" as defined by the PSLRA because:

1.     he has the largest financial interest in the relief sought by the Class, and

2.     he satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Mr. Duncan further requests that the Court approve the selection of his counsel, KSF, as Lead Counsel for the Class. KSF is a nationally-recognized law firm with significant class

1

action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum of Law and the Declaration of Kim E. Miller in Support of the Motion of the James Duncan to Consolidate All Related Actions, To Be Appointed Lead Plaintiff, and To Approve Proposed Lead Plaintiff's Choice of Counsel submitted herewith, Mr. Duncan respectfully requests that this Court: (1) consolidate all above-captioned related actions with the instant case; (2) appoint the James Duncan as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Mr. Duncan's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: August 5, 2013                                       Respectfully submitted,

                                                            KAHN SWICK & FOTI, LLC

                                                            /s/  Kim E. Miller
                                                            Kim E. Miller (KM-6996)
                                                            Bruce W. Dona (BD-3730)
                                                            250 Park Avenue, Suite 2040
                                                            New York, NY 10177
                                                            Telephone:   (212) 696-3730
                                                            Facsimile:   (504) 455-1498

                                                            And

                                                            Lewis S. Kahn
                                                            206 Covington St.
                                                            Madisonville, LA 70447
                                                            Telephone (504) 455-1400
                                                            Facsimile: (504) 455-1498

                                                            *Counsel for Movant James Duncan and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 5, 2013.

                                      /s/ Kim E. Miller
                                      Kim E. Miller