UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>BARRICK GOLD CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:13-cv-03851-RPP<br><br><u>CLASS ACTION</u> |
| CLEMENT BERNARD, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>BARRICK GOLD CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:13-04123-RPP<br><br><u>CLASS ACTION</u> |
| CITY OF BROCKTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>BARRICK GOLD CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 1:13-05437-RPP<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that institutional investor Central States, Southeast and Southwest Areas Pension Fund ("Central States"), by its counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the related actions; (ii) appointing Central States as lead plaintiff; (iii) approving Central States' selection of the law firm of Robbins Geller Rudman & Dowd LLP to serve as lead counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Central States submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated August 5, 2013.

DATED:  August 5, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

/s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiffs