CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

Central States, Southeast and Southwest Areas Pension Fund ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiffs counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Price Per Share |
|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City ofWest/and Police and Fire Ret. Sys. v. Metlife Inc., et al.*, No. 1:12-cv-00256 (S.D.N.Y.)
*Nico/ow v. Hewlett-Packard Company, eta/.*, No.3:12-cv-05980 (N.D. Cal.)
*Construction Workers Pen. Trust- Lake County v. Navistar Corp., et al.*, No. 1:13-cv-02111 (N.D. Ill.)

6. The Plaintiff will not accept any payment for servtng as a representative party on behalf of the class beyond the Plaintiffs pro rata share of

any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of August, 2013.

                                  Central States, Southeast and Southwest Areas Pension Fund

                                  By: _____
                                  James P. Condon, Deputy Chief Legal Officer

BARRICK GOLD

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/14/2012 | 2,450 | $38.63 |
| 06/14/2012 | 2,600 | $38.71 |
| 06/14/2012 | 7,950 | $38.58 |
| 06/14/2012 | 22,050 | $38.66 |
| 06/15/2012 | 12,450 | $38.99 |
| 06/15/2012 | 45,350 | $39.03 |
| 06/18/2012 | 6,800 | $39.19 |
| 06/18/2012 | 38,650 | $39.56 |
| 06/19/2012 | 4,500 | $40.03 |
| 06/19/2012 | 9,050 | $39.98 |
| 06/19/2012 | 39,200 | $40.09 |
| 06/20/2012 | 4,700 | $39.66 |
| 06/20/2012 | 4,700 | $40.03 |
| 06/20/2012 | 11,750 | $39.85 |
| 06/20/2012 | 54,500 | $40.02 |
| 06/21/2012 | 15,050 | $38.87 |
| 06/25/2012 | 111150 | $38.24 |
| 06/29/2012 | 11,950 | $37.29 |
| 07/05/2012 | 17,600 | $38.08 |
| 08/23/2012 | 18,200 | $38.07 |
| 09/07/2012 | 23,500 | $40.16 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 06/25/2009 | 98,900 | $33.99 |
| 10/09/2012 | 22,050 | $41.48 |
| 01/09/2013 | 18,050 | $33.39 |
| 04/09/2013 | 20,100 | $26.62 |
| 04/10/2013 | 23,900 | $24.89 |
| 04/10/2013 | 65,950 | $24.91 |
| 04/11/2013 | 21,450 | $24.76 |
| 04/12/2013 | 12,900 | $23.17 |
| 04/12/2013 | 51,300 | $23.17 |
| 04/15/2013 | 66,500 | $20.21 |
| 04/16/2013 | 61,950 | $19.45 |

*Opening position of 98,900 shares.