**KAHN SWICK & FOTI, LLC**
KIM E. MILLER (KM-6996)
BRUCE W. DONA (BD-3730)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498

-and-

LEWIS S. KAHN
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Movant James Duncan*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually And On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOLASKY, and AMMAR AL-JOUNDI,<br><br>     Defendants. | Case: 13-CV-3851-RPP<br><br>HON. JUDGE ROBERT P. PATTERSON |

(caption continued on the following page)

**NOTICE OF WITHDRAWAL OF THE MOTION OF JAMES DUNCAN TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

1

| | |
|---|---|
| CLEMENT BERNARD, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOLASKY, and AMMAR AL-JOUNDI,<br><br>    Defendants. | Case: 13-CV-4123-RPP<br><br>HON. JUDGE ROBERT P. PATTERSON |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Upon review of the lead plaintiff motions filed with the Court on August 5, 2013, lead plaintiff movant James Duncan hereby respectfully withdraws his lead plaintiff motion, as he appears to not have the largest financial interest. This notice shall have no effect on, and is without prejudice to Mr. Duncan's status as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: August 6, 2013                                                    Respectfully submitted,

                                                                                         KAHN SWICK & FOTI, LLC


                                                                                           /s/  Kim E. Miller                             
                                                                                         Kim E. Miller (KM-6996)
                                                                                         Bruce W. Dona (BD-3730)
                                                                                         250 Park Avenue, Suite 2040
                                                                                         New York, NY 10177
                                                                                         Telephone:  (212) 696-3730
                                                                                         Facsimile:   (504) 455-1498

                                                                                         -and-

2

                                        Lewis S. Kahn
                                        206 Covington St.
                                        Madisonville, LA 70447
                                        Telephone (504) 455-1400
                                        Facsimile: (504) 455-1498

*Counsel for Movant James Duncan*

**CERTIFICATE OF SERVICE**

      I hereby certify that this Withdrawal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 6, 2013.

                                                  /s/ Kim E. Miller
                                                  Kim E. Miller