**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

LEWIS S. CLARK and PATRICIA E. CLARK, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI,

    Defendants.

------------------------------------------------------- x

No. 1:13-cv-03851-RPP

**CLASS ACTION**

**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

CLEMENT BERNARD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI,

    Defendants.

------------------------------------------------------- x

No. 1:13-cv-04123-RPP

CITY OF BROCKTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI,

    Defendants.

------------------------------------------------------- x

No: 1:13-cv-05437



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/13

Having considered the Motion of Union Asset Management Holding AG and LRI Invest S.A. (collectively, the "Institutional Investor Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Presently pending in this District are three related securities actions:

   1:13-cv-03851-RPP   *Clark v. Barrick Gold Corp., et al.*

   1:13-cv-04123-RPP   *Bernard v. Barrick Gold Corp., et al.*

   1:13-cv-05437   *City of Brockton Ret. Sys. v. Barrick Gold Corp., et al.*

Pursuant to Federal Rule of Civil Procedure 42(a), the cases listed above are hereby consolidated into Civil Action No. 1:13-cv-03851-RPP for all purposes. The Consolidated Action shall be captioned: "*In re Barrick Gold Securities Litigation.*" All related actions subsequently filed in, removed to, or transferred to this Court shall also be consolidated with Civil Action No. 1:13-cv-03851-RPP for all purposes.

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints the Institutional Investor Group as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Motley Rice LLC is approved as Lead Counsel and Labaton Sucharow LLP is approved as Liaison Counsel for the Class.

IT IS SO ORDERED.

DATED: August 9, 2013

THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE