UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK Individually and on Behalf of All Others Similarly Situated, | : : : : | CIVIL ACTION NO. 1:13-cv-03851-RPP |
| Plaintiffs, v. | : : : | |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | : : : : | |
| Defendants. | : : | |
| CLEMENT BERNARD, Individually and on Behalf of All Others Similarly Situated | : : : | CIVIL ACTION NO. 1:13-cv-04123-RPP |
| Plaintiff, v. | : : : | |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | : : : : | |
| Defendants. | : : | |
| CITY OF BROCKTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : | CIVIL ACTION NO. 1:13-cv-05437 |
| Plaintiff, v. | : : : | |
| BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, | : : : : | |
| Defendants. | : : | |

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Barrack, a member of the bar of this Court, hereby certify that on this 21st day of August, 2013, the Response of International Painters and Allied Trades Pension Fund, Rhondda Cynon Taf Pension Fund and Pension Fund and Treasury of Surrey to Lead Plaintiff Motions was filed with the Court and served upon counsel of record through the CM/ECF system.

    /s/    Jeffrey A. Barrack