UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY and AMMAR AL-JOUNDI,<br><br>      Defendants. | No. 1:13-cv-03851-RPP<br><br>ECF Case |
| CLEMENT BERNARD, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY and AMMAR AL-JOUNDI,<br><br>      Defendants. | No. 1:13-cv-04123-RPP<br><br>ECF Case |
| CITY OF BROCKTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY and AMMAR AL-JOUNDI,<br><br>      Defendants. | No. 1:13-cv-05437 |

**NOTICE OF WITHDRAWAL OF MOTION OF LEWIS S. CLARK AND PATRICIA E. CLARK FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that lead plaintiff movants Lewis S. Clark and Patricia E. Clark ("Movants") hereby withdraw their motion for appointment as lead plaintiffs and approval of lead counsel, filed August 5, 2013 (D.E. 4). Having reviewed the competing lead plaintiff motions and supporting papers, it appears that movants Union Asset Management Holding AG and LRI Invest S.A. (the "Institutional Investor Group") collectively possess the largest financial interest in the litigation and preliminarily satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* 15 U.S.C. §77u-4(a)(3)(B)(iii).

By this withdrawal, Movants do not waive their rights to participate and recover as class members in this litigation, and Movants remain ready, willing and able to serve as lead plaintiffs if the need arises.

DATED: August 21, 2013                        GLANCY BINKOW & GOLDBERG LLP

By:  *s/ Gregory Linkh*_____
Gregory Linkh (GL 0477)
122 East 42nd Street, Suite 2920
New York, New York 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
Email: glinkh@glancylaw.com

　　　　　-and-

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Movants and*
*Proposed Lead Counsel*

2

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO SOUTHERN DISTRICT OF NEW YORK
ECF AND LOCAL RULES AND BY MAIL
ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 122 East 42nd Street, Suite 2920, New York, New York 10168.

On August 21, 2013, I caused to be served the following document:

**NOTICE OF WITHDRAWAL OF MOTION OF LEWIS S. CLARK AND
PATRICIA E. CLARK FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

By posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2013, at New York, New York.

*s/ Gregory Linkh*
Gregory Linkh

# Mailing Information for a Case 1:13-cv-03851-RPP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Alan Barrack**
  jbarrack@barrack.com,mbonatara@barrack.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com

- **Brian Philip Murray**
  bmurray@glancylaw.com

- **Ira M. Press**
  ipress@kmllp.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Pension Fund and Treasury of Surrey
,

Rhondda Cynon Taf Pension Fund
,
```