**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| LEWIS S. CLARK and PATRICIA E. CLARK, Individually and on Behalf of All Others Similarly Situated, : : : : : Plaintiffs, : : v. : : BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, : : : : : Defendants. : | No. 1:13-cv-03851-RPP  **CLASS ACTION**  **APPEARANCE OF COUNSEL** |

------------------------------------------------------------ x

| | |
|---|---|
| CLEMENT BERNARD, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiff, : : v. : : BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, : : : : : Defendants. : | No. 1:13-cv-04123-RPP |

------------------------------------------------------------ x

| | |
|---|---|
| CITY OF BROCKTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, : : : : Plaintiff, : : v. : : BARRICK GOLD CORPORATION, AARON W. REGENT, JAMIE C. SOKALSKY, and AMMAR AL-JOUNDI, : : : : : Defendants. : | No: 1:13-cv-05437 |

------------------------------------------------------------ x

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for movants LRI Invest S.A. and Union Asset Management Holding AG.

DATED: September 10, 2013              *Respectfully submitted*,

**MOTLEY RICE LLC**


                                       */s/ William H. Narwold*
                                       William H. Narwold


**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860/882-1676
860/882-1682 (fax)