Patterson, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
                                                          :    No. 1:13-cv-03851-RPP
IN RE BARRICK GOLD SEC. LITIG.                            :
                                                          :    **CLASS ACTION**
                                                          :
                                                          :    ┌─────────────────────────────────┐
                                                          :    │ **USDC SDNY**                   │
                                                          :    │ **DOCUMENT**                    │
                                                          :    │ **ELECTRONICALLY FILED**        │
                                                          :    │ **DOC #:** _____     │
                                                          :    │ **DATE FILED:** _10_/_15_/_13_   │
--------------------------------------------------------- x    └─────────────────────────────────┘

STIPULATION AND [PROPOSED] SCHEDULING ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, on September 20, 2013, an order was entered appointing Union Asset Management Holding AG and LRI Invest S.A. as Lead Plaintiffs and Motley Rice LLP and Labaton Sucharow LLP as lead counsel and liaison counsel, respectively, in the above captioned case.

WHEREAS, by Order entered September 20, 2013 date (ECF No. 36), the consolidated amended complaint is currently due on November 4, 2013; any answer or dispositive motion with respect to the consolidated amended complaint is currently due on December 19, 2013; any opposition to a dispositive motion with respect to the consolidated amended complaint is currently due on February 3, 2014; and any reply to a dispositive motion with respect to the consolidated amended complaint is due on March 5, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to any further Orders of this Court, by counsel for the parties listed below, that:

1

1.      On or before Tuesday, November 26, 2013 Lead Plaintiffs shall file a consolidated amended complaint.

2.      Defendants shall answer or otherwise respond to the consolidated amended complaint on or before Friday, January 31, 2014.

3.      If Defendants file dispositive motions with respect to the consolidated amended complaint, then: (i) Lead Plaintiffs shall serve and file its opposition papers on or before Friday, March 14, 2014; and (ii) Defendants shall serve and file their reply papers on or before Friday, April 11, 2014.

DATED: New York, New York
October 10, 2013

LABATON SUCHAROW LLP
Joseph N. Fonti (jfonti@labaton.com)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

*Liaison Counsel for Plaintiffs and Liaison Counsel
for the Class*

MOTLEY RICE LLC
William H. Narwold (bnarwold@motleyrice.com)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  860/882-1681
860/882-1682 (fax)

MOTLEY RICE LLC
Joseph F. Rice (jrice@motleyrice.com)
James M. Hughes (jhughes@motleyrice.com)
David P. Abel (dabel@motleyrice.com)
Christopher F. Moriarty (cmoriarty@motleyrice.com)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: 843/216-9000
843/216-9450 (fax)

*Liaison Counsel for Plaintiffs and Liaison Counsel
for the Class*

3

DATED:  New York, New York
        October 10, 2013

**DEBEVOISE & PLIMPTON LLP**
Bruce E. Yannett (beyannet@debevoise.com)
Elliot Greenfield (egreenfield@debevoise. com)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Colby A. Smith (casmith@debevoise.com)
Jonathan R. Tuttle (jrtuttle@debevoise.com)
Ada Fernandez Johnson (afjohnso@debevoise.com)
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118

*Attorneys for Defendants Barrick Gold Corporation,*
*Aaron W Regent, Jamie C. Sokalsky, and Ammar Al*
*Joundi*

SO ORDERED this __ day of _October_ 2013

THE HONORABLE ROBERT P. PATTERSON
United States District Judge

