UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE BARRICK GOLD SEC. LITIG.

No. 1:13-cv-03851

CLASS ACTION

ORDER FOR ADMISSION PRO HAC VICE

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/13

Applicant has declared that he is a member in good standing of the bar of the state of South Carolina; and that his contact information is as follows:

Applicant's Name: David P. Abel

Firm Name: Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip: Mount Pleasant, SC 29464

Telephone/Fax: 843-216-9000 / 843-216-9450

Email: dabel@motleyrice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for lead plaintiffs LRI Invest S.A. and Union Asset Management Holding AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/22/13

_____
United States District/~~Magistrate~~ ~~Judge~~