# Labaton Sucharow

Joseph A. Fonti
Partner
212 907 0844 direct
212 883 7044 fax
jfonti@labaton.com

November 22, 2013

**VIA ECF**

Hon. Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room
New York, New York 10007

Re: *In re Barrick Gold Securities Litigation,* No. 13-cv-3851-RPP (S.D.N.Y.)

Dear Judge Patterson:

On behalf of Union Asset Management Holding AG and LRI Invest S.A. (collectively, "Lead Plaintiffs"), we write with a request pertaining to a deadline in the above-captioned action set for Tuesday, November 26, 2013.

Specifically, the parties respectfully request that the Court amend the current scheduling order entered October 15, 2013 (ECF No. 37). Pursuant to this order, Lead Plaintiffs' consolidated amended complaint is due Tuesday, November 26, 2013; Defendants' answer or dispositive motion is due Friday, January 31, 2014; Lead Plaintiffs' opposition is due Friday, March 14, 2014; and Defendants' reply is due April 11, 2014. The Court entered the current scheduling order in response to a joint stipulation submitted on October 10, 2013, which extended the deadlines set by the Court's original scheduling order entered on September 20, 2013 (ECF No. 36). The parties have not previously requested any other extensions related to the filing of the consolidated amended complaint and related motion to dismiss briefing.

Lead Plaintiffs, through counsel, have met and conferred with defense counsel, who have stipulated to the following new deadlines to file the consolidated amended complaint and related motion to dismiss briefing. Lead Plaintiffs shall file a consolidated amended complaint by Friday, December 6, 2013; Defendants shall answer or file a dispositive motion by Tuesday, February 11, 2014; Lead Plaintiffs shall respond to Defendants' dispositive motion, if any, by Tuesday, March 25, 2014; and Defendants' reply shall be due by Tuesday, April 22, 2014.

# Labaton Sucharow

Hon. Robert P. Patterson
November 22, 2013
Page 2

Pursuant to the Court's rules, we have submitted to the Clerk's Office a copy of a Stipulation and [Proposed] Scheduling Order Extending Time To Respond To Complaint reflecting the above revised deadlines. For the Court's convenience, a copy of this proposed order is enclosed.

Respectfully submitted,

Joseph A. Fonti

Encl.

cc: Elliot Greenfield (via ECF)
Bruce E. Yannett (via ECF)
Colby A. Smith (via ECF)
Jonthan R. Tuttle (via ECF)
Ada Fernandez Johnson (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Barrick Gold Securities Litigation* | Case No. 1:13-CV-03851<br><br>Hon. Robert P. Patterson<br><br>ECF Case |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on September 20, 2013, an order was entered appointing Union Asset Management Holding AG and LRI Invest S.A. as Lead Plaintiffs and Motley Rice LLP and Labaton Sucharow LLP as lead counsel and liaison counsel in the above captioned case.

WHEREAS, by Order entered October 15, 2013 (ECF No. 37), the consolidated amended complaint is currently due on November 26, 2013; any answer or dispositive motion with respect to the consolidated amended complaint is currently due on January 31, 2014; any opposition to a dispositive motion with respect to the consolidated amended complaint is currently due on March 14, 2014; and any reply to a dispositive motion with respect to the consolidated amended complaint is due on April 11, 2014. These deadlines extended the schedule previously set by the Court's Order entered September 20, 2013 (ECF No. 36).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to any further Orders of this Court, by counsel for the parties listed below, that:

1. On or before Friday, December 6, 2013 Lead Plaintiffs shall file a consolidated amended complaint.

2. Defendants shall answer or otherwise respond to the consolidated amended complaint on or before Tuesday, February 11, 2014.

1

3. If Defendants file dispositive motions with respect to the consolidated amended complaint, then (i) Lead Plaintiffs shall serve and file their opposition papers on or before Tuesday, March 25, 2014; and (ii) Defendants shall serve and file their reply papers on or before Tuesday, April 22, 2014.

DATED: New York, New York
November 22, 2013

*[signature]*

**LABATON SUCHAROW LLP**
Joseph A. Fonti (jfonti@labaton.com)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Liaison Counsel for Lead Plaintiffs and Liaison Counsel for the Class*

**MOTLEY RICE LLC**
William H. Narwold (bnarwold@motleyrice.com)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682

**MOTLEY RICE LLC**
Joseph F. Rice (jrice@motleyrice.com)
James M. Hughes (jhughes@motleyrice.com)
David P. Abel (dabel@motleyrice.com)
Christopher F. Moriarty (cmoriarty@motleyrice.com)
28 Bridgeside Blvd.
Mt. Pleasant, Sout h Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Lead Counsel for Lead Plaintiffs and Lead Counsel for the Class*

DATED: New York, New York
November 22, 2013

*Elliot Greenfield* /s/ w/permission JT

**DEBEVOISE & PLIMPTON LLP**
Elliot Greenfield (egreenfield@debevoise.com)
Bruce E. Yannett (beyannet@debevoise.com)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Colby A. Smith (casmith@debevoise.com)
Jonathan R. Tuttle (jrtuttle@debevoise.com)
Ada Fernandez Johnson (afjohnson@debevoise.com)
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

*Attorneys for Defendants Barrick Gold Corporation, Aaron W. Regent, Jamie C. Sokalsky, and Ammar Al Joundi*

SO ORDERED this __ day of _____ 2013

_____
THE HONORABLE ROBERT P. PATTERSON
United States District Judge

3