UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/13

*In re Barrick Gold Securities Litigation*

Case No. 1:13-CV-03851

Hon. Robert P. Patterson

ECF Case

### STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, on September 20, 2013, an order was entered appointing Union Asset Management Holding AG and LRI Invest S.A. as Lead Plaintiffs and Motley Rice LLP and Labaton Sucharow LLP as lead counsel and liaison counsel in the above captioned case.

WHEREAS, by Order entered October 15, 2013 (ECF No. 37), the consolidated amended complaint is currently due on November 26, 2013; any answer or dispositive motion with respect to the consolidated amended complaint is currently due on January 31, 2014; any opposition to a dispositive motion with respect to the consolidated amended complaint is currently due on March 14, 2014; and any reply to a dispositive motion with respect to the consolidated amended complaint is due on April 11, 2014. These deadlines extended the schedule previously set by the Court's Order entered September 20, 2013 (ECF No. 36).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to any further Orders of this Court, by counsel for the parties listed below, that:

1. On or before Friday, December 6, 2013 Lead Plaintiffs shall file a consolidated amended complaint.

2. Defendants shall answer or otherwise respond to the consolidated amended complaint on or before Tuesday, February 11, 2014.

3.      If Defendants file dispositive motions with respect to the consolidated amended complaint, then (i) Lead Plaintiffs shall serve and file their opposition papers on or before Tuesday, March 25, 2014; and (ii) Defendants shall serve and file their reply papers on or before Tuesday, April 22, 2014.

DATED: New York, New York
November 22, 2013

*/s/ Joseph A. Fonti*

**LABATON SUCHAROW LLP**
Joseph A. Fonti (jfonti@labaton.com)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Liaison Counsel for Lead Plaintiffs and Liaison Counsel for the Class*

**MOTLEY RICE LLC**
William H. Narwold (bnarwold@motleyrice.com)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682

**MOTLEY RICE LLC**
Joseph F. Rice (jrice@motleyrice.com)
James M. Hughes (jhughes@motleyrice.com)
David P. Abel (dabel@motleyrice.com)
Christopher F. Moriarty (cmoriarty@motleyrice.com)
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Lead Counsel for Lead Plaintiffs and Lead Counsel for the Class*

DATED: New York, New York
November 22, 2013

*Elliot Greenfield w/permission HF*
**DEBEVOISE & PLIMPTON LLP**
Elliot Greenfield (egreenfield@debevoise.com)
Bruce E. Yannett (beyannet@debevoise.com)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Colby A. Smith (casmith@debevoise.com)
Jonathan R. Tuttle (jrtuttle@debevoise.com)
Ada Fernandez Johnson (afjohnson@debevoise.com)
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

*Attorneys for Defendants Barrick Gold Corporation, Aaron W. Regent, Jamie C. Sokalsky, and Ammar Al Joundi*


SO ORDERED this 22 day of November 2013
*/s/ Robert P. Patterson*
THE HONORABLE ROBERT P. PATTERSON
United States District Judge

3