UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
:
IN RE BARRICK GOLD SEC. LITIG.     :     No.: 1:13-cv-03851-RPP
:
:     **<u>CLASS ACTION</u>**
:
:
:     **MOTION FOR ADMISSION**
:     **PRO HAC VICE**
:
:
:
:
:
_____ :

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Jonathan R. Tuttle, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Barrick Gold Corporation in the above-captioned action.

I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 25, 2013          Respectfully Submitted,

   /s/ Jonathan R. Tuttle_____
Jonathan R. Tuttle
DEBEVOISE & PLIMPTON LLP
555 13th Street, NW, Suite 1100 East
Washington, DC 20004
Phone: 202-383-8000
Fax:    202-383-8118
jrtuttle@debevoise.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   /s/ Jonathan R. Tuttle
      Jonathan R. Tuttle

DEBEVOISE & PLIMPTON LLP
555 13th Street, NW, Suite 1100 East
Washington, DC 20004
Phone: 202-383-8000
Fax:   202-383-8118
jrtuttle@debevoise.com

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**JONATHAN ROSSER TUTTLE**

was admitted to practice as an attorney and counsellor at the bar of this Court on November 5, 1992.

I further certify that so far as the records of this office are concerned, JONATHAN ROSSER TUTTLE is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 21st day of November
A.D. 2013

By: _____
*Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JONATHAN R. TUTTLE

was on **SEPTEMBER 10, 1993**, duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 19, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
_____
:
IN RE BARRICK GOLD SEC. LITIG.        :   No.: 1:13-cv-03851-RPP
                                      :
                                      :   **CLASS ACTION**
                                      :
                                      :
                                      :   **[PROPOSED] ORDER FOR**
                                      :   **ADMISSION PRO HAC VICE**
                                      :
                                      :
                                      :
_____   :

The motion of Jonathan R. Tuttle, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that his contact information is as follows:

Applicant's Name:  Jonathan R. Tuttle

Firm Name:  Debevoise & Plimpton LLP

Address:  555 13th Street, N.W.

City / State/ Zip:  Washington, D.C. 20004

Telephone / Fax:  Phone: 202-383-8000; Fax: 202-383-8118

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Barrick Gold Corporation in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                 United States District / Magistrate Judge