UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____  :
                                         :   No.: 1:13-cv-03851-RPP
IN RE BARRICK GOLD SEC. LITIG.           :
                                         :   **CLASS ACTION**
                                         :
                                         :
                                         :   **MOTION FOR ADMISSION**
                                         :   **PRO HAC VICE**
                                         :
                                         :
                                         :
                                         :
                                         :
_____  :

      Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Ada Fernandez Johnson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Barrick Gold Corporation in the above-captioned action.

      I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 25, 2013          Respectfully Submitted,

                                         /s/ Ada Fernandez Johnson
                                    Ada Fernandez Johnson
                                    DEBEVOISE & PLIMPTON LLP
                                    555 13th Street, NW, Suite 1100 East
                                    Washington, DC 20004
                                    Phone: 202-383-8000
                                    Fax:   202-383-8118
                                    afjohnso@debevoise.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        /s/ Ada Fernandez Johnson
Ada Fernandez Johnson

DEBEVOISE & PLIMPTON LLP
555 13th Street, NW, Suite 1100 East
Washington, DC 20004
Phone: 202-383-8000
Fax:    202-383-8118
afjohnso@debevoise.com

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### ADA FERNANDEZ JOHNSON

was admitted to practice as an attorney and counsellor at the bar of this Court on November 2, 1998.

I further certify that so far as the records of this office are concerned, ADA FERNANDEZ JOHNSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 21st day of November A.D. 2013

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ADA FERNANDEZ JOHNSON

was on    **JUNE 4, 1999,**    duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 19, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BARRICK GOLD SEC. LITIG. | No.: 1:13-cv-03851-RPP<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Ada Fernandez Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

Applicant's Name: Ada Fernandez Johnson

Firm Name: Debevoise & Plimpton LLP

Address: 555 13th Street, N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-383-8000; Fax: 202-383-8118

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Barrick Gold Corporation in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                      United States District / Magistrate Judge