UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/2/13

IN RE BARRICK GOLD SEC. LITIG.

No.: 1:13-cv-03851-RPP

CLASS ACTION

[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Ada Fernandez Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

Applicant's Name: Ada Fernandez Johnson

Firm Name: Debevoise & Plimpton LLP

Address: 555 13th Street, N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-383-8000; Fax: 202-383-8118

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Barrick Gold Corporation in the above-captioned action;

[handwritten: upon payment of the required fee to the Clerk of the Court]

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 2, 2013                                    _____

United States District / ~~Magistrate~~ Judge