UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/13
```

IN RE BARRICK GOLD SEC. LITIG.

No.: 1:13-cv-03851-RPP

**CLASS ACTION**

[~~PROPOSED~~] **ORDER FOR ADMISSION PRO HAC VICE**

The motion of Jonathan R. Tuttle, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Jonathan R. Tuttle

Firm Name: Debevoise & Plimpton LLP

Address: 555 13th Street, N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-383-8000; Fax: 202-383-8118

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Barrick Gold Corporation in the above-captioned action;

**IT IS HEREBY ORDERED** that, *upon payment of the required fee to the Clerk of the Court*, Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 2, 2013

_____
United States District / ~~Magistrate Judge~~