

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**James M. Hughes**
*Licensed in SC*
direct: 843.216.9133
jhughes@motleyrice.com

October 20, 2016

<u>VIA ECF</u>
The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17B
New York, NY 10007-1312

*In re Barrick Gold Securities Litigation*, **Case No. 13 Civ. 3851 (RMB)**

Dear Judge Berman:

Pursuant to the Court's Individual Practices, Lead Plaintiffs' Counsel respectfully request a brief extension of time to submit for the Court's review their time records and expense documentation. During the October 18, 2016 hearing on (1) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, the Court ordered that such documentation must be produced by October 25, 2016.

After promptly commencing the collection of the requested materials, Lead Plaintiffs' Counsel believe that additional time is needed to ensure that all materials are produced in an organized and clear  manner.  Accordingly, Lead Plaintiffs' Counsel respectfully request that they be permitted until November 1, 2016, to submit the requested materials.  Lead Plaintiffs' Counsel have not previously requested an adjournment or extension and Counsel for Defendants has consented to this request.

Respectfully submitted,

*[signature]*

James M. Hughes

cc:  All Counsel of Record (via ECF)

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA