**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
In re BARRICK GOLD SECURITIES      :      13-CV-3851 (RMB)
LITIGATION                                          :      **ORDER**
:
-------------------------------------------------------------x

A status teleconference will be held on Tuesday, November 24, 2020 at 10:30 a.m. The parties should be prepared to discuss, among other things, the status of the claims administration process and Lead Plaintiffs' Motion Seeking Distribution of Balance of Net Settlement Fund, dated July 8, 2020. Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at [bermannysdchambers@nysd.uscourts.gov](mailto:bermannysdchambers@nysd.uscourts.gov) by Monday, November 23, 2020 noon, to obtain the security code needed to participate.

Dated: New York, New York
November 13, 2020

_____
**RICHARD M. BERMAN**
**U.S.D.J.**

1