UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                                         :      No. 1:13-cv-03851-RMB

IN RE BARRICK GOLD SECURITIES    :
LITIGATION                                      :      ORDER
                                                                         :
------------------------------------------------------ x

      WHEREAS, on November 24, 2020, the Court conducted a telephonic hearing at which the parties requested the Court to order that forthwith all remaining funds in the Settlement Fund be distributed to the Claims Administrator and the case be closed (See Tr. Nov. 24, 2020); and

      WHEREAS, the parties advised the Court that a total of $160,463.80 remains in the Settlement Fund, (of which $4,543.83 relates to uncashed checks, undeliverable checks, and returned funds) and requested that the Court order this amount be paid to the Claims Administrator (See Tr. Nov. 24, 2020);

      IT IS HEREBY ORDERED THAT:

      On consent, within five (5) business days of the issuance of this Order, the Escrow Agent shall wire to the Claims Administrator all of the funds that remain in the Settlement Fund, pursuant to wiring instructions provided by the Claims Administrator to the Escrow Agent, and thereafter the Clerk of the Court shall close the case.

Dated: November 24, 2020
       New York, NY

                                             _____
                                                    RICHARD M. BERMAN
                                          UNITED STATES DISTRICT JUDGE